## W. T. Chaffey *v.* Boggs–Jones Co., L'td., Appellant.

Argued Oct. 27, 1896.   Appeal, No. 184, Oct. T., 1896, by defendant, from order of C. P. No. 3, Allegheny Co., Nov. T., 1895, No. 262, making absolute a rule for judgment for want of a sufficient affidavit of defense.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE McCOLLUM, January 4, 1897:
This appeal was argued with No. 24 October term, 1896, Chaffey v. Boggs, ante, p. 301, and for the reasons stated in the opinion filed in that appeal, the judgment is reversed and a procedendo awarded in this.